Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MARK A. SALAZAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. SALAZAR, <br><br>  Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br>  Defendant. | Case No.: 2:18-cv-01096-DMC <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 1, 2019, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the August 6, 2018 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

Dated: January 25, 2019

_____
DENNIS M. COTA
U. S. MAGISTRATE JUDGE

-1-