MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARK A. SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-01096-DMC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's summary judgment motion with the Court by 21 days to **April 29, 2019**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's second request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant is currently responsible for performing a range of tasks that preclude drafting the Commissioner's response to Plaintiff's opening brief by April 8, 2019, such as: preparing for an oral argument in a Social

-1-

Security matter before the Ninth Circuit, scheduled for April 8, 2019; drafting briefs in Social Security cases before the district courts within the Ninth Circuit; negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; assisting with the training of newly hired attorneys in the agency's Office of the General Counsel, Region IX; and conducting discovery and preparing for a hearing scheduled for April 30-May 2, 2019 in personnel litigation pending before the Merit Systems Protection Board. Moreover, because a supervisor in Defendant's Office of the General Counsel, Region IX is currently serving as a juror on a five-week trial, the undersigned attorney for Defendant has assumed shared responsibility for overseeing the office's program litigation workload throughout Nevada, California, Arizona, and Hawaii until approximately the second week of April.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *April 3, 2019*    LAW OFFICES OF LAWRENCE D. ROHLFING

By:    */s/ Asim H. Modi for Monica Perales\**
MONICA PERALES
*\*Authorized by email on April 3, 2019*
Attorneys for Plaintiff

Date: *April 3, 2019*    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By:    */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: April 4, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE